CT Corporation

**Service of Process Transmittal**
06/21/2021
CT Log Number 539766557

TO: Serviceof Process
CVS Health Companies
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

RE: **Process Served in Florida**

FOR: Holiday CVS, L.L.C.  (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BECKY MOLES, Pltf. vs. HOLIDAY CVS, LLC, Etc., Dft. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 21CA004898 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/21/2021 at 03:13 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/21/2021, Expected Purge Date: 06/26/2021<br><br>Image SOP<br><br>Email Notification,  Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT "A"**



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Mon, Jun 21, 2021

**Server Name:**                   Eric Deal

| Entity Served | Holiday CVS, LLC |
|---|---|
| Case Number | 21-CA-4898 DIV J |
| Jurisdiction | FL |



Filing # 128784303 E-Filed 06/15/2021 01:46:01 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

BECKY MOLES                                    CASE NO.:   21-CA-4898    DIV J

       Plaintiff,

vs.

HOLIDAY CVS, LLC
a Foreign Limited Liability Corp,

       Defendant.

_____/

Date: 6-21-21 Time: 2:20 PM

**SUMMONS**

THE STATE OF FLORIDA                           Eric Deal        S.P.S. 336
To Each Sheriff on the State:

       YOU ARE COMMANDED to serve this summons and a copy of the Complaint or Petition,

Request to Produce, and E-Mail Designations, in this action on Defendant:

       **HOLIDAY CVS, LLC**
       **c/o C T CORPORATION SYSTEM**
       **1200 SOUTH PINE ISLAND ROAD**
       **PLANTATION, FL 33324**

       Each Defendant is required to serve written defenses to the complaint or petition on:

       Byron L. Kennedy III, Esquire
       Tripp Law Firm, P.A.
       10099 Seminole Blvd.
       Seminole, Florida 33772
       byron@trippfirm.com / service@trippfirm.com
       Attorneys for Plaintiff

within twenty (20) days after service of this summons on that defendant, exclusive of the day of

service, and to file the original of the defenses with the clerk of this court either before service on

plaintiff's attorney or immediate thereafter.  If a defendant fails to do so, a default will be entered

against that defendant for the relief demanded in the complaint or petition.

21-CA-4898    DIV J

WITNESS my hand and the seal of this Court on <u>15th</u> day of _____June_____, 2021.

Cindy Stuart
Clerk of the Circuit Court

(SEAL)



By ___*VPhillips*___

Deputy Clerk

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

BECKY MOLES                                        CASE NO.: 21-CA-004898
                                                   Division J
            Plaintiff,

vs.

HOLIDAY CVS, LLC
a Foreign Limited Liability Corp,

            Defendant.
_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, BECKY MOLES, by and through her undersigned attorney,

and files this Complaint and Demand for Jury Trial against Defendant, HOLIDAY CVS, LLC, and

alleges as follows:

### GENERAL ALLEGATIONS

1.      This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00),

exclusive of interest and costs.

2.      At all times material hereto, Plaintiff, BECKY MOLES, was a resident of

Hillsborough County, Florida.

3.      At all times material to this action, Defendant, HOLIDAY CVS, LLC, was a

Foreign Limited Partnership carrying on business in Hillsborough County, Florida.

4.      The claims alleged in this Complaint arise out of Defendant's, HOLIDAY CVS,

LLC activities within Hillsborough County, Florida.

5.      This Court has personal jurisdiction over Defendant, HOLIDAY CVS, LLC, as

HOLIDAY CVS, LLC operates, conducts, engages or carries on a business venture in

1

Hillsborough County, State of Florida.

6.      Venue is proper in this Circuit because the Defendant can be found in and/or transacts business in the Thirteenth Judicial Circuit.

7.      At all times material hereto, Defendant, HOLIDAY CVS, LLC owned, operated and/ or controlled a CVS, store located at 4401 West Gandy Boulevard, Tampa, FL, Hillsborough County, Florida (the "HOLIDAY CVS, LLC premises").

8.      On or about March 20, 2020, BECKY MOLES was on the HOLIDAY CVS, LLC'S premises.

9.      On or about March 20, 2020, Plaintiff, BECKY MOLES was walking in an isle of the store when she tripped and fell on an empty pallet that had been left on the floor by an employee or agent of CVS.

10.     Plaintiff, BECKY MOLES', fall was caused by unsafe conditions at the HOLIDAY CVS, LLC premises.

11.     As a result of that fall, BECKY MOLES suffered injuries.

## COUNT I – NEGLIGENCE

12.     Plaintiff, BECKY MOLES, realleges and incorporates by reference paragraphs 1 through 11 above as if fully set forth herein.

13.     At all times material hereto, Defendant HOLIDAY CVS, LLC had a duty to its invitees to maintain its premises in a reasonably safe condition and to discover and eliminate hazards which existed in and around the premises, or, in the alternative, to give adequate warning of known dangerous conditions.

14.     The dangerous condition of the floor at HOLIDAY CVS, LLC premises existed for a sufficient length of time so that Defendant, HOLIDAY CVS, LLC knew or, in the exercise of reasonable care, should have known of the existence of the dangerous condition.

2

15.     Defendant, HOLIDAY CVS, LLC breached its duties to BECKY MOLES in one or more of the following ways:

    a.     Negligently allowing dangerous, unsafe and hazardous conditions to exist upon its premises, including but not limited to the unsafe pallet left in a busy aisle;

    b.     Failing to remedy the condition of the pallet left in the aisle;

    c.     Failing to make reasonable, proper and timely inspections of said premises and, in particular, the walkways in the store in a reasonably safe condition;

    d.     Negligently failing to warn guests of the hazardous conditions of which HOLIDAY CVS, LLC knew or should have known by the exercise of reasonable care in accordance with its responsibility to invitees and other persons on the premises.

16.     As a direct and proximate result of Defendant's, HOLIDAY CVS, LLC breach of the duties as described above, BECKY MOLES was caused to sustain severe, continuing and permanent injuries, including significant and permanent loss of an important bodily function, and/or permanent injury within a reasonable degree of medical probability, and suffered from the effects of said injuries, including pain and suffering, humiliation, embarrassment, and loss of the capacity for the enjoyment of life, incurred expenses in the care and treatment of said injuries, and experienced loss of earning capacity.

17.     BECKY MOLES incurred past and future medical expenses as a result of the September 5, 2019 incident.

WHEREFORE, Plaintiff, BECKY MOLES, requests judgment against Defendant, HOLIDAY CVS, LLC for damages and any further relief as the court deems proper.  Plaintiff, BECKY MOLES', demands a trial by jury in the above entitled action.

## CLAIM FOR COSTS: RECOVERY BY PLAINTIFF

If the Plaintiff, BECKY MOLES, recovers judgment, the Plaintiff will be entitled to taxation of costs and charges pursuant to §57.041, Florida Statutes.

## CLAIM FOR ATTORNEY'S FEES AND COSTS:
## OFFER OF JUDGMENT/PROPOSAL FOR SETTLEMENT

If an Offer of Judgment and/or Proposal for Settlement is served by the Plaintiff, BECKY MOLES, the Plaintiff shall be entitled to recover reasonable costs and attorney's fees incurred by the Plaintiff from the date of such Offer or Proposal pursuant to §768.79, Florida Statute and Rule 1.442, Florida Rules of Civil Procedure.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues triable by right. RESPECTFULLY submitted this 15th day of June, 2021.

**TRIPP LAW FIRM, P.A.**

GEORGE ALAN TRIPP, JR., ESQ.
FBN: 42690
BYRON L. KENNEDY III, ESQ.
FBN: 41278
10099 Seminole Boulevard
Seminole, Florida 33772
TEL – (727) 398-2900
FAX – (727) 398-5151
Primary E-Mail: byron@trippfirm.com
Secondary E-Mail: service@trippfirm.com
Attorneys for Plaintiff

4

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

BECKY MOLES                                    CASE NO.: 21-CA-004898
                                               Division J
      Plaintiff,

vs.

HOLIDAY CVS, LLC
a Foreign Limited Liability Corp,

      Defendant.
_____/

### NOTICE OF EMAIL DESIGNATION PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516

Plaintiff, BECKY MOLES, files this Amended Designation of E-mail Addresses Pursuant

to Florida Rule of Judicial Administration 2.516 as follows:

      Primary e-mail address:    byron@trippfirm.com
      Secondary e-mail address:  service@trippfirm.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on the
above-captioned Defendant, with a copy of the Complaint.

      **TRIPP LAW FIRM, P.A.**

      _____
      BYRON L. KENNEDY III, ESQ.
      FBN: 41278
      10099 Seminole Boulevard
      Seminole, Florida 33772
      TEL – (727) 398-2900
      FAX – (727) 398-5151
      Primary E-Mail: byron@trippfirm.com
      Secondary E-Mail: service@trippfirm.com
      Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

BECKY MOLES                                        CASE NO.: 21-CA-004898
                                                   Division J
      Plaintiff,

vs.

HOLIDAY CVS, LLC
a Foreign Limited Liability Corp,

      Defendant.
_____/

## PLAINTIFF'S FIRST REQUEST TO PRODUCE TO DEFENDANT, HOLIDAY CVS, LLC

Plaintiff, HOLIDAY CVS, LLC, by and through the undersigned attorneys, pursuant to the provisions of Rule 1.350, Florida Rules of Civil Procedure, hereby requests the Defendant, HOLIDAY CVS, LLC, to produce for inspection and/or copying by counsel for the Plaintiff, the following said documents to be produced at the offices of TRIPP LAW FIRM, P.A., 10099 Seminole Blvd., Seminole, Florida 33772, on or before thirty (30) days after service hereof:

1.    Any and all photographs and video of the scene of the subject incident taken on or after the date of the subject incident, and which may depict conditions that existed at the time of the subject incident that now no longer exist.

2.    Any and all photographs, maps, diagrams, drawings or other exhibits that concern the subject incident.

3.    Any statements of Plaintiff, whether written or recorded, at the time of or subsequent to the incident.

4.    The accident or incident report concerning the subject accident, or in the alternative, statements made by the Plaintiff or the substance thereof.

5.    Certified copies of any and all policies of insurance, insuring the Defendant, on or about March 20, 2020, which might inure to the benefit of the Plaintiff as a result of the incident in question herein.

6.   Any and all surveillance video or photographs taken of the Plaintiff since the date of the Plaintiff's incident as alleged in the Complaint. *See Dodson v. Persell*, 390 So. 2d 704, 707 (Fla. 1980) ("[W]e hold that upon request a party must reveal the existence of any surveillance information he possesses <u>whether or not</u> it is intended to be presented at trial.)

7.   Any and all security video from any and all camera angles depicting the area where Plaintiff's incident occurred within one (1) hour on either side of the incident, and video depicting the occurrence of the Plaintiff's incident itself.

8    Any and all documentation concerning slip and fall incidents at the CVS located at 4401 West Gandy Boulevard, Tampa, FL documented by the Defendant in the three (3) years prior to Plaintiff's incident.

9.   Any and all training guides, manuals, statute or code information given to, received or prepared by Defendant with regard to safety while stocking or maintaining merchandise shelves inside the CVS where the fall that is the subject of this complaint took place.

10..  Any and all correspondence, e-mails, instructions, directions, operating procedures or guidance involving placement of store merchandise.

11.  Any and all disciplinary reports and/or files of all agents or employees of the Defendant who have any knowledge whatsoever of the facts contained in the Complaint.

12.  Any and all personnel files of any and all agents or employees of the Defendant who have any knowledge of the facts contained in the Complaint.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on the above-captioned Defendant, with a copy of the Complaint.

TRIPP LAW FIRM, P.A.

BYRON L. KENNEDY III, ESQ.
FBN: 41278
10099 Seminole Boulevard
Seminole, Florida 33772
TEL – (727) 398-2900
FAX – (727) 398-5151
Primary E-Mail: byron@trippfirm.com
Secondary E-Mail: service@trippfirm.com
Attorneys for Plaintiff

3